UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TONYA JONES<br>    Plaintiff | *<br>*<br>* |
| V. | * |
| | *   Civil No. W-15-CV-283-WSS |
| NATIONAL CREDIT ADJUSTERS, LLC<br>    Defendant | *<br>*<br>*<br>* |

## CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above-entitled action that summons, issued on the Plaintiff's Original Complaint, has been served upon the Defendant named below, and it further appearing from the affidavit of counsel for Plaintiff that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiff, the default of the following named Defendants is hereby entered:

**NATIONAL CREDIT ADJUSTERS, LLC**

JEANNETTE J. CLACK, CLERK
UNITED STATES DISTRICT COURT

By: /s/ Melissa Copp
Deputy Clerk

DATE: November 10, 2015